FILED
'06 SEP -1 AM 10: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMONDZA HUNTER,<br><br>                            Plaintiff,<br>vs.<br><br>D. ESTEE, et al.,<br><br>                           Defendants. | CASE NO. 01cv2212-BEN (WMc)<br><br>**ORDER**<br>**DENYING PLAINTIFF'S**<br>**APPLICATION FOR EXTENSION**<br>**OF TIME**<br>(Docket No. 150) |

      Demondza Hunter, a state prisoner, brings this action under 42 U.S.C. § 1983, alleging violations of his constitutional rights when he was found guilty of a rules violation and placed in segregation for stabbing an inmate in the year 1999. He amended his Complaint in 2002, and again in 2003. In 2004, Defendants filed their Answer. In October 2005, Defendants filed a Motion for Summary Judgment. In November 2005, Plaintiff asked for a continuance of the motion hearing date. In May 2006, the Court allowed Plaintiff until June 19, 2006 to file an opposition to the Motion for Summary Judgment. On June 19, 2006, Plaintiff asked for another continuance. The Court again granted an extension and allowed Plaintiff until August 28, 2006 to file his opposition to the Defendants' Motion for Summary Judgment.

      Now Plaintiff seeks an extension of time (to October 5, 2006) in which to file an opposition and his own motion for summary judgment, citing his recent prison move to Administrative Segregation. This case has been pending for five years. Defendant's summary judgment motion

1  was filed almost one year ago. The local rules of court typically provide a party two weeks in
2  which to file an opposition brief. Plaintiff has had ample time to marshal his arguments and
3  evidence and file a brief. Further extensions will further prejudice the Defendants. Plaintiff's
4  Motion is Denied.

5  **IT IS SO ORDERED.**

7  DATED: 8/30/06

ROGER T. BENITEZ
United States District Judge

cc: All parties and respective counsel